DATE: 3/16/12

BEFORE: **MATSUMOTO U.S.D.J.**          TIME: 10:00am

## CRIMINAL CAUSE FOR SENTENCING

**SENTENCING   11 CR 297 (KAM) U.S.A. VS. RODRIGUEZ-YANEZ**

**DEFENDANT'S NAME: JAIME RODRIGUEZ YANEZ**
✔ Present    ☐ not present    ☐ custody    ✔ bail

**DEFENSE COUNSEL: Joel Stein**
✔ present    ☐ not present    ✔ CJA    ☐ retained    ☐ Federal Defender

**A.U.S.A:** Soumya Dayananda

**COURT REPORTER:** M. Diamond          **Deputy:** Sandra Jackson

- ✔ CASE CALLED.          ✔ DEFENDANT SWORN AND INFORMED OF RIGHTS
- ✔ SENTENCING HELD.   ✔ STATEMENTS OF DEFENDANT AND COUNSEL HEARD
- ✔ DEFENDANT PLEA GUILTY ON COUNT **21** OF A **SECOND SUPERSEDING INDICTMENT**

**IMPRISONMENT:** 22 months with credit for time served since defendant's arrest on April 29, 2011.

**SUPERVISED RELEASE:** Two years with special conditions:

(1) If deported, the terms of supervised release need not be served in the United States, and defendant shall not reenter the United States illegally.

(2) Defendant shall comply with any sex offender registration requirements mandated by law.

(3) Defendant shall submit his person, residence, place of business, vehicle, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of release may be found. The search must be conducted in a reasonable manner and at a reasonable time. Failure to submit to a search may be grounds for revocation of Supervised Release. Mr. Rodriguez-Yanez shall inform any other resident that the premises may be subject to a search pursuant to this condition.

(4) Defendant shall possess a firearm, ammunition, or destructive device.

**$100** Special Assessment due immediately, payable through the prison work program.
**$0** Restitution   **0** Fine   **0** Forfeiture

- ✔ REMAINING OPEN COUNTS **20** OF THE INDICTMENT IS DISMISSED
- ✔ GOVT'S MOTION         ☐ COURT'S MOTION

- ✔ COURT ADVISED DEFT OF RIGHT TO APPEAL.       ☐ I.F.P. GRANTED

- ✔ TRANSCRIPT ORDERED

- ✔ ICE DETAINER

- ✔ GOVT SHALL ARRANGE FOR THE RETURN OF DEFENDANT'S PROPERTY, IF ANY.